

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

v.

CHRISTOPHER PERNELL BUSH,

Defendant.

Violation(s): 18 U.S.C. § 922(g)(1)

Case: 2:24-cr-20420
Assigned To : Drain, Gershwin A.
Referral Judge: Stafford, Elizabeth A.
Assign. Date : 8/6/2024
Description: IND USA V SEALED
MATTER (SH)

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
18 U.S.C. § 922(g)(1)
*Felon in Possession of a Firearm*

On or about June 20, 2024, in the Eastern District of Michigan, Southern Division, the defendant, CHRISTOPHER PERNELL BUSH, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting interstate commerce, a firearm, that is, one Ruger model 5.7, 5.7mm caliber pistol, in violation of Title 18, United States Code, Section 922(g)(1).

1

## FORFEITURE ALLEGATION
18 U.S.C. § 924(d) and 28 U.S.C. § 2461
*Criminal Forfeiture*

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461.

Upon conviction of the offense charged in Count One of this Indictment, the defendant CHRISTOPHER PERNELL BUSH shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any firearm or ammunition involved in or used in any knowing violation of said offense, including but not limited to, one Ruger model 5.7, 5.7mm caliber pistol, and all related ammunition.

THIS IS A TRUE BILL.

*s/ Grand Jury Foreperson*
Grand Jury Foreperson

DAWN N. ISON
United States Attorney

*s/ Sara D. Woodward*
SARA D. WOODWARD
Chief, General Crimes Unit
Assistant United States Attorney

*s/ Sean L. King*
SEAN L. KING
Assistant United States Attorney

Dated: August 6, 2024

2

|  |  |  |
|---|---|---|
| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover** | Case: 2:24-cr-20420<br>Assigned To : Drain, Gershwin A.<br>Referral Judge: Stafford, Elizabeth A.<br>Assign. Date : 8/6/2024<br>Description: IND USA V SEALED MATTER (SH) |

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ☐ Yes   ☒ No | AUSA's Initials: SLK |

**Case Title:** USA v. Christopher Pernell Bush

**County where offense occurred :** Wayne

**Check One:**   ☒ Felony   ☐ Misdemeanor   ☐ Petty

```
____Indictment/____Information --- no prior complaint.
  ✓ Indictment/____Information --- based upon prior complaint [Case number: 24-mj-30297]
____Indictment/____Information --- based upon LCrR 57.10 (d) [Complete Superseding section below].
```

## Superseding Case Information

**Superseding to Case No:** _____   **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

August 6, 2024
Date

Sean L. King
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
Phone: 313-226-9727
Fax:   313-226-2372
E-Mail address: Sean.King@usdoj.gov
Attorney Bar #: TX24097939

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.